JOSHUA S. GOODMAN – State Bar #116576
RUTA PASKEVICIUS – State Bar #127784
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MUNIZ,<br><br>      Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. a Delaware Corporation, and Does 1-50, inclusive,<br><br>      Defendants. | Case No. 2:19-CV-01629-TLN-DB<br><br>**JOINT STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

Plaintiff Ramon Muniz ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively "Parties") stipulate as follows:

1. On or about April 9, 2019, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Solano, entitled Ramon Muniz v. Home Depot U.S.A., Inc. and DOES 1-50, inclusive, as Case No. FCS052669 ("the Action").

2. Defendant answered the complaint and filed a notice of removal of the Action with the United States District Court for the Eastern District of California on August 22, 2019.

-1-

JOINT STIPULATION TO REMAND TO STATE COURT & ORDER – Case No. 2:19-CV-01629-TLN-DB

3. The Parties stipulate that the Action be remanded to the Solano County Superior Court.

4. Plaintiff further stipulates that he will not name Defendant's relevant store manager as an additional defendant in this action.

5. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED: December 27, 2019  GOODMAN NEUMAN HAMILTON LLP


By: /s/
JOSHUA S. GOODMAN
RUTA PASKEVICIUS
Attorneys for Defendant Home Depot U.S.A., Inc.

DATED: December 27, 2019  DOWNTOWN L.A. LAW GROUP


By: /s/
SARAH WILSON
Attorneys for Plaintiff Ramon Muniz

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

# ORDER

On December 23, 2019, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Eastern District of California Case No. 2:19-CV-01629-TLN-DB titled Ramon Muniz v. Home Depot U.S.A., Inc., et al. is hereby remanded to Solano County Superior Court.

IT IS SO ORDERED.

Dated: December 27, 2019

Troy L. Nunley
United States District Judge

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400